CRIMINAL CALENDAR

The following CRIMINAL CASE will be presented by the United States Government in the United States District Court, 450 Main Street, Hartford, Connecticut before the Honorable Thomas O. Farrish, United States Magistrate Judge, on **Thursday, March 24, 2022 at 3:30 p.m.**

| | |
|---|---|
| UNITED STATES | **WAIVER AND GUILTY PLEA** |
| v. | Crim. No. 3:22-cr-54 (MPS) |
| JANE DOE;<br>Aaron Romano, Esq. | AUSA Konstantin Lantsman |

**COUNT ONE**

21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(A) (Conspiracy to possess with Intent to Distribute over 5 kilograms of cocaine)

*Penalties per count:* Man Min: 10 yrs/life max Imprisonment; Supervised Release – 5 yrs to life; Fine - $10 Million; Special Assessment - $100