UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:22CR 54 (MPS) |
|---|---|---|
| v. | : | VIOLATION: |
| AMARILYS SALUK | : | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846 (Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine) |

INFORMATION

The United States Attorney charges:

COUNT ONE
(Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine)

1.  From approximately February 2020 through July 27, 2021, in the District of Connecticut and elsewhere, the defendant AMARILYS SALUK and others, known and unknown to the United States Attorney, knowingly and intentionally conspired together and with one another, to distribute and to possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

All in violation of Title 21, United States Code, Section 846.

UNITED STATES OF AMERICA

*[signature]*
LEONARD C BOYLE
UNITED STATES ATTORNEY

*[signature]*
KONSTANTIN LANTSMAN
ASSISTANT UNITED STATES ATTORNEY

1